# Court of Appeals
# of the State of Georgia

ATLANTA,  October 12, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1457.  JAMARCUS MCCRAY et al. v. APRIL THOMAS.

In February 2022, after the trial court approved a settlement agreement in this wrongful death suit, Taffany McCray, as the next friend and natural parent of then-minor child Jamarcus McCray, and Carla Williams, as the executor of the decedent's estate, filed a motion for equitable division of attorney fees. On August 30, 2022, the trial court, inter alia, denied the motion for equitable division of attorney fees, and Jamarcus McCray and Carla Williams filed a motion for reconsideration. On February 8, 2023, the trial court denied the motion for reconsideration, and Jamarcus McCray and Carla Williams thereafter filed this appeal, purporting to appeal from the August 30, 2022 order on attorney fees and the February 8, 2023 order denying reconsideration. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the appealable decision. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Even assuming that the August 30, 2022 order on attorney fees was subject to direct appeal, no notice of appeal was filed within 30 days of that order. Although a notice of appeal was filed within 30 days of the February 8, 2023 order denying reconsideration, the denial of a motion for reconsideration is not a directly appealable

judgment and the filing of such a motion does not toll the time for filing a direct appeal. See *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007); *Bell v. Cohran*, 244 Ga. App. 510, 510 (536 SE2d 187) (2000). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  10/12/2023*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*